UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NORTH DAKOTA

Roy W. Brooks,

    Plaintiff

    V.

Sterling Infosystems, Inc. (now part of First Advantage Corporation)

    Defendant.

Case No. 1:25-cv-046

# NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Roy W. Brooks respectfully moves this Court for **Partial Summary Judgment on Willfulness** under 15 U.S.C. § 1681n. This motion is supported by the accompanying Memorandum of Law, Statement of Undisputed Material Facts, Plaintiff's Declaration with Exhibits A–D (see attached docket entry #4 (Exhibit A), and docket entry #8 (Exhibits B-D)). and controlling authority from the United States Supreme Court and the Eighth Circuit Court of Appeals.

IN FURTHERANCE, in support of this motion, Plaintiff filed his motion for ENTRY OF DEFAULT with the clerk's office on April 7, 2026. Default was entered against the defendant Sterling Info Systems, Inc., by the Clerk on April 8, 2026. (Docket entry #8).

ACCORDINGLY, Plaintiff is entitled to relief as a matter of law, and this MOTION should be GRANTED.

Respectfully submitted,

Roy W Brooks, Pro-Se Plaintiff
1516 N 19th Street
Bismarck ND 58501
(701) 946-4870

Dated this 10th day of April 2026