## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Roy W. Brooks, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Sterling Infosystems, Inc., | ) | |
| now part of First Advantage Corporation, | ) | Case No.: 1:25-cv-00246 |
| | ) | |
| Defendant. | ) | |

Presently before the court is a *Motion for Entry of Default* and *Motion for Default Judgment* filed by Plaintiff Roy W. Brooks ("Plaintiff"). (Doc. Nos. 28, 29). Therein, Plaintiff requested the court enter default against Defendant Sterling Infosystems, Inc. ("Defendant") as Defendant failed to plead or otherwise defend the instant action by August 7, 2026. (Doc. No. 28). Plaintiff also requested the court enter default judgment against Defendant on the same basis. (Doc. No. 29).

While Plaintiff alleges that Defendant is in default due to its failure to answer, file a Rule 12 motion, or request an extension, such an assertion is factually incorrect. Defendant's answer was due on August 7, 2026. (*See* Doc. No. 22). Upon review of the docket, Defendant filed its answer on August 7, 2026. (Doc. No. 24).

Because Defendant filed a timely answer, the court finds there is no basis for the court to enter default or default judgment. Plaintiff's motions (Doc. Nos. 28, 29) are therefore deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court