**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Roy W. Brooks,<br><br>Plaintiff,<br><br>vs.<br><br>Sterling Infosystems, Inc. (now part of First Advantage Corporation),<br><br>Defendant. | **ORDER**<br><br>Case No. 1:25-cv-246 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 4, 2027, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter “Call ID” 292466149. The conference may be recorded for the convenience of the court.

Dated this 24th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court